IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00649-REB-MEH

EHAB FEDEL,
AHCENE DJEBLI,
ABDELMONIM MOHAMED,
KHADIGA HASHIM,
ELENA TOKAREVA-STEVING, and
NEDAL SAMAHA,

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARY MISCHKE, District Director, United States Department of Homeland Security, Denver, Colorado,
GERARD HEINAUER, Service Center Director, United States Department of Homeland Security, Lincoln, Nebraska, and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 29, 2007.**

      Defendant's Unopposed Motion to Vacate Scheduling Conference [Filed June 28, 2007; Docket #8] is **granted**. The Scheduling Conference set for July 3, 2007, is **vacated**, as are all other discovery-related deadlines, pending the resolution of Defendants' Motion to Sever and Remand.