# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00649-REB-MEH

EHAB FEDEL,
KHADIGA HASHIM, and
ELENA TOKAREVA-STEVING,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARY MISCHKE, District Director, United States Department of Homeland Security, Denver, Colorado,
GERARD HEINAUER, Service Center Director, United States Department of Homeland Security, Lincoln, Nebraska, and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

## ORDER OF DISMISSAL AS TO
## PLAINTIFFS EHAB FEDEL AND KHADIGA HASHIM

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss Claims By Plaintiffs Ehab Fedel and Kahadija** [*sic*][1] **Hashim** [#16], filed October 11, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff Khadiga Hashim's claims against defendants should be dismissed with prejudice and that plaintiff Ehab Fedel's claims against defendants should be dismissed without prejudice.

---

[1] In the complaint this plaintiff's name is "Khadiga," while in the stipulated motion, it is "Kahadija."

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Claims By Plaintiffs Ehab Fedel and Kahadija** [*sic*] **Hashim** [#16], filed October 11, 2007, is **GRANTED**;

2. That plaintiff Khadiga Hashim's claims against defendants is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That plaintiff Ehab Fedel's claims against defendants is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

4. That the **Defendants' Motion To Dismiss, To Sever and Dismiss All Except the Lead Plaintiff and To Remand Plaintiff To The Agency for Further Action** [#10], filed June 28, 2007, is **DENIED** as moot;

5. That the defendants shall file a responsive pleading to the complaint by **November 5, 2007**; and

6. That plaintiffs Khadiga Hashim and Ehab Fedel are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated October 12, 2007, at Denver, Colorado.

        **BY THE COURT:**

        s/ Robert E. Blackburn
        **Robert E. Blackburn**
        **United States District Judge**