**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00649-REB-MEH

ELENA TOKAREVA-STEVING,

      Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARY MISCHKE, District Director, United States Department of Homeland Security,
Denver, Colorado,
GERARD HEINAUER, Service Center Director, United States Department of Homeland
Security, Lincoln, Nebraska, and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before the court on the **Stipulated Motion To Dismiss
Claims By Plaintiff Elana Tokareva-Steving** [#22], filed March 4, 2008.  After careful
review of the motion and the file, the court has concluded that the motion should be
granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss Claims By Plaintiff Elana
Tokareva-Steving** [#22], filed March 4, 2008, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 4, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**